Daniel F. Lippmann, ESQ.
Nevada Bar No. 11636
**LIPP LAW**
2580 Sorrel St
Las Vegas, NV 89146
Tel: (702) 745-4700
Fax: (702) 745-4511
E-mail: daniel@lipplaw.vegas
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>MIGUEL MEJIA,<br><br>  Defendant. | CASE NO: 2:19-cr-00238-APG-NJK<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE DISTRICT OF NEVADA) |

  Based upon the facts cited in Defendant's Motion for Permission to Travel Outside the District of Nevada, and good cause appearing therefore,

  IT IS THEREFORE ORDERED that Mr. Mejia's motion is granted, where Mr. Mejia is allowed to travel to California to attend the funeral of: Victor Aguilar.

  IT IS THEREFORE ORDERED that Mr. Mejia is allowed to travel from July 30, 2020 to August 3, 2020

  Dated: July 28, 2020.

_____
United States District Judge